IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATALIE MELTZER and ROBERT MELTZER,<br><br>    Plaintiff,<br><br>  v.<br><br>KING OF PRUSSIA ASSOCIATES, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 13-2571 |

### ORDER

**AND NOW**, this 25th day of July 2013, upon receipt of notice from the parties informing the Court that the above-captioned action has settled, it is **ORDERED** that:

1. The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. Any outstanding motions are **DENIED AS MOOT**.

3. The Clerk of Court shall close the above-captioned case for statistical purposes.


BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.